# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)* **NOTICE: Attorney MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

ZOILA K. ROMERO, DENNY PEREZ BRACHO

## DEFENDANTS

DOSA, LLC., and
JOSE DOS SANTOS, individually,
MARIO PICQUADIO-HERNANDEZ, individually, and
ALVA MAYRELLIS PICQUADIO-HERNANDEZ

**(b)** County of Residence Of First Listed Plaintiff  Miami-Dade
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence Of First Listed Defendant  Broward-County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS *(Firm Name, Address, And Telephone Number)*

J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pereralaw.com
PERERA LAW GROUP, P.A.
13903 NW 67th Ave, Suite 330
Miami Lakes, Florida 33014
Telephone: 786-485-5232
*Attorney for Plaintiff*

ATTORNEYS *(If Known)*

**(d)** Check County Where Action Arose:  □ MIAMI-DADE  □ MONROE  X BROWARD  □ PALM BEACH  □ MARTIN  □ ST. LUCIE  □ INDIAN RIVER  □ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION
*(Place an "X" in One Box Only)*

□ 1. U.S. Government Plaintiff
X 3. Federal Question (U.S. Government Not a Party)
□ 2. U.S. Government Defendant
□ 4. Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Case Only)* *(Place An "X" in One Box for Plaintiff and One Box for Defendant)*

|  | PTF | DEFS |  | PTF | DEFS |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated of Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated of Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUS |
|---|---|---|---|---|---|
| □ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | □ 625 Drug Related Seizure of Property 21 USC 881 | □ 422 Appeal 28 USC 158 | □ 375 False Claims Act |
| □ 120 Marine | □ 310 Airplane | □ 365 Personal Injury- Personal Injury | □ 690 Other | □ 423 Withdrawal 28 USC 157 | □ 376 Qui Tam (31 USC 3729 (a)) |
| □ 130 Miller Act | □ 315 Airplane Product Liability | □ 367 Health Care Pharmaceutical Personal Injury Personal Injury | | | □ 400 States Reappointment |
| □ 140 Negotiable Instrument | □ 320 Assault, Libel & Slander | □ 368 Asbestos Personnel Injury Product Liability | | **PROPERTY RIGHTS** | □ 410 Antitrust |
| □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | | □ 820 Copyrights | □ 430 Banks and Banking |
| □ 151 Medicare Act | □ 340 Marine | □ 370 Other Fraud | | □ 830 Patent | □ 450 Commerce |
| □ 152 Recovery of Defaulted Student Loans (Excl Veterans) | □ 345 Marine Product Liability | □ 371 Truth in Lending | | □ 840 Trademark | □ 460 Deportation |
| □ 153 Recovery of Overpayment of Veteran's Benefits | □ 350 Motor Vehicle | □ 380 Other Personnel Property Damage | **LABOR** | **SOCIAL SECURITY** | □ 470 Racketeer Influenced and Corrupt Orgs |
| □ 160 Stockholders' Suits | □ 355 Motor Vehicle Product Liability | □ 385 Property Damage Product Liability | X 710 Fair Labor Standards Act | □ 861 HIA (1395ff) | □ 480 Consumer Credit |
| □ 190 Other Contract | □ 360 Other Personal Injury | | □ 720 Labor/Mgmt. Relations | □ 862 Black Lung (923) | □ 490 Cable/Sat TV |
| □ 195 Contract Product Liability | □ 362 Personal Injury- Med Malpractice | | □ 740 Railway Labor Act | □ 863 DIWC/DIWW (405(g)) | □ 850 Securities/ Commodities/ Exchange |
| □ 196 Franchise | | | □ 751 Family and Medical Leave Act | □ 864 SSID Title XVI | □ 890 Other Statutory Actions |
| | | | □ 790 Other Labor Litigation | □ 865 RSI (405(g)) | □ 891 Agricultural Acts |
| | | | □ 791 Employee Ret. Inc. Security Act | | □ 893 Environmental Matters |
| | | | | | □ 895 Freedom of Information Act |
| | | | | | □ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **IMMIGRATION** | **FEDERAL TAX SUIT** | □ 899 Administrative Procedure |

| | | | | | |
|---|---|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities – Employment<br>☐ 446 Amer. w/Disabilities – Other<br>☐ 448 Education | **Habeas Corpus**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>**Other:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee – Conditions of Confinement | ☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | ☐ 870 Taxes (US Plaintiff or Defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 | Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** *(Place an "X" in One Box Only)*

X 1. Original Proceeding ☐ 2. Removed from State Court ☐ 3. Re-filed **(See VI below)** ☐ 4. Reinstated or Reopened ☐ 5. Transferred from another district *(specify)* ☐ 6. Multidistrict Litigation    Appeal to ☐ 7. District Judge from Magistrate ☐ 8. Remanded from Appellate Court

**VI. RELATED/ RE-FILED CASE(S)** *(See Instructions)*    a) Re-filed Case ☐ YES   X NO   b) Related Cases ☐ YES   X NO
JUDGE _____ DOCKET NUMBER _____

**VII. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* – Unpaid wages.
LENGTH OF TRIAL via <u>2</u> days estimated *(for both sides to try entire case)*

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    **DEMAND $**_____    CHECK YES only if demanded in complaint **JURY DEMAND:** X YES   ☐ NO

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**
DATE: <u>Feb. 22, 2017</u>    SIGNATURE OF ATTORNEY OF RECORD <u>/s/ J. Freddy Perera (FBN: 93625)</u>

**FOR OFFICE USE ONLY:**   RECEIPT #    AMOUNT    IFP    JUDGE    MAG JUDGE